### SHARP *v.* SHARP.

RUSSELL, C. J. Altogether excluding from consideration testimony in behalf of the wife as to the earnings of the husband, since the husband admitted that he was earning a wage of $4.25 weekly, the court did not err in requiring him to pay temporary alimony of $1.50 per week.

*Judgment affirmed. All the Justices concur.*

No. 10121. MARCH 13, 1934.

*Dan Plaster, L. M. Tatham,* and *H. A. Glore,* for plaintiff.
*H. H. Hamrick,* for defendant.